IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br> v.<br><br>CHIANG,<br><br>        Defendant.<br>_____/ | No. C04-04145 CRB<br><br>**ORDER** |

Upon representation of the plaintiff that the defendant in this matter is residing in Taiwan and has not been located or served with the complaint and GOOD CAUSE APPEARING THEREFOR:

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

**IT IS SO ORDERED.**

Dated: January 17, 2006

                                                                CHARLES R. BREYER<br>
                                                                UNITED STATES DISTRICT JUDGE